NO. 23-4713

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

**UNITED STATES OF AMERICA,**

*Plaintiff-Appellee*,

*versus*

**KEVIN JAMAL JONES,**

*Defendant-Appellant.*

## APPELLEE'S MOTION TO SUSPEND THE BRIEFING ORDER

COMES NOW the United States of America, by and through its undersigned counsel, and petitions this Honorable Court to suspend the Court's briefing order for the following reasons:

1. On November 28, 2023, Defendant-Appellant Kevin Jamal Jones filed a timely notice of appeal of the district court's November 16, 2023, entry of judgment.

2. Jones submitted his opening brief on April 16, 2024. The Government's response brief is currently due on May 8, 2024.

3. After review of the issues presented in this appeal, the Government filed a motion to dismiss Jones's appeal based upon the appeal waiver contained in Jones's plea agreement.

4.     The Government respectfully requests that the Court's current briefing order be suspended pending resolution of the motion to dismiss.

5.     Pursuant to Local Rule 27(a), the undersigned informed Jones's counsel that the United States planned to file a motion to suspend the briefing order pending resolution of the motion to dismiss, and counsel consents to this motion.

                                               Respectfully submitted,
                                               ADAIR F. BOROUGHS
                                               UNITED STATES ATTORNEY

                                               By: */s/Winston Marosek*
                                               Winston Marosek
                                               Assistant United States Attorney
                                               55 Beattie Place, Suite 700
                                               Greenville, SC 29601
                                               Tel. (843) 727-4381
                                               Email:  Winston.Marosek@usdoj.gov

April 29, 2024